■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. PETRI YRJO JOHANNES HAUSSILA, Admitted on January 13, 1986 at a Term of the Appellate Division, First Department. [755 NYS2d 233] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ.